UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MASHI COLVIN,<br><br>Defendant. | CASE NO. 1:21CR-075<br><br>JUDGE J. McFARLAND<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)(1)<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
**(Possession by a Prohibited Person)**

On or about November 28, 2020, in the Southern District of Ohio, the defendant, **MASHI COLVIN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock 19 9 millimeter semi-automatic handgun with a defaced serial number and thirty-three rounds of 9 millimeter ammunition, and the firearm and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **MASHI COLVIN**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Glock 19 9 millimeter semi-automatic handgun with a defaced serial number, with any attachments and ammunition; and
- approximately thirty-three rounds of 9 millimeter ammunition.

A TRUE BILL

/S/
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*Ashley N. Brucato*
ASHLEY N. BRUCATO
ASSISTANT UNITED STATES ATTORNEY